1  TOMAS C. LEON
2  (CA SBN 321117)
   tommie@leon.law
3  (909) 616-5969
   LEON LAW, LLP
4  1145 W. 55TH Street
   Los Angeles, CA 90037
5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALHAMBRA SMOKE SHOP d/b/a AMAR SMOKE SHOP and HAYK KNYAZYAN,<br><br>　　　　Defendants, | **No.** 2:23-cv-03303-KS<br><br>**NOTICE OF SETTLEMENT** |

　　The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby provides notice to the Court that all parties have settled all claims in this matter and are finalizing the terms to execute a Confidential Settlement Agreement, the Plaintiff will soon dismiss this case, upon finalization of the agreed upon terms of the Settlement Agreement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

/s/ *Tomas Carlos Leon.*

Tomas Carlos Leon
CA Bar #321117
Leon Law LLP
1145 W. 55th Street
Los Angeles, California 90037
tommie@leon.law

*Attorney for the Plaintiff*